IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08- 103 |
| | ) |
| MICHAEL SHIVERS, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 18, 2008, in the State and District of Delaware, MICHAEL SHIVERS, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Gerstenberger & Eberwein .32 Caliber revolver, bearing serial number 2073, after having been convicted of a crime punishable by imprisonment for a term exceeding one year in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms

and ammunition involved in the commission of the offense, including but not limited to the following:

1. the Gerstenberger & Eberwein .32 Caliber revolver, bearing serial number 2073.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
  *Robert F. Kravetz*
  /s/ John C. Snyder
    Assistant United States Attorney

Dated: July 10, 2008