UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,              )<br>                                        )<br>            Plaintiff,                 )<br>                                        )<br>     vs.                                )     CASE NO. 08-103-SLR<br>                                        )<br>MICHAEL SHIVERS,                        )<br>                                        )<br>            Defendant.                  )  | |

### O R D E R

This **31ST** day of **JULY 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **AUGUST 14TH, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                    _____
                                    **Honorable Leonard P. Stark**
                                    **U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney