IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 08-103-SLR |
| ) | |
| MICHAEL SHIVERS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 18th day of August, 2008,

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Thursday, August 28, 2008** at **8:45 a.m.**, with the court initiating said call.

2. The time between this order and **August 28, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____<br>
United States District Judge