IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Crim. No. 08-103-SLR |
| MICHAEL SHIVERS, | ) ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this 28th day of August, 2008, having conferred with counsel;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Monday, September 22, 2008** at **5:00 p.m.**, with the court initiating said call.

2. The time between this order and **September 22, 2008** shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge